UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
LAMINATE WERKS, INC.                          §    Case No. 12-35651
                                              §
                                              §
            Debtor(s)                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-35651 CAD Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | Date Filed (f) or Converted (c): | 09/08/12 (f) |
| | | 341(a) Meeting Date: | 11/19/12 |
| For Period Ending: | 10/23/13 | Claims Bar Date: | 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Accounts Receivable<br>Madison Contruction (past due 60+ days) | 18,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Vehicles<br>Chevy Savannah Commercial Van - 1999 | 3,000.00 | 975.00 | | 975.00 | FA | 0.00 | 0.00 |
| 3. Office Equipment<br>Industrial Fans (2) | 50.00 | 200.00 | | 200.00 | FA | 0.00 | 0.00 |
| 4. Machinery and Supplies<br>(Combined) Dewalt 20 Cross Cut Saw | 46,215.00 | 28,338.00 | | 28,338.00 | FA | 0.00 | 0.00 |
| 5. Inventory<br>Undermount Solid Surface Sinks (35) | 3,500.00 | 500.00 | | 500.00 | FA | 0.00 | 0.00 |
| 6. Insurance Revund (u) | 0.00 | 433.00 | | 433.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $70,765.00 | $30,446.00 | | $30,446.00 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold personal property at an auction on November 27, 2012. Trustee recovered auction proceeds of $30,013.00 on the sale of machinery, equipment, inventory and one commercial vehicle. Trustee abandonned unsold property per court order on December 20, 2012. Trustee determined that debtor's accounts receivable were of no value to estate. Trustee consulted with her accountants in the preparation of tax returns for the estate. Before Trustee could complete her Final Report, she had to litigate numerous employment claims filed with the EEOC. Trustee is reviewing claims and preparing her final report. Trustee anticipates filing her Final Report in late 2013.

Initial Projected Date of Final Report (TFR): 12/30/13    Current Projected Date of Final Report (TFR): 12/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-35651 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8985 Checking Account |
| Taxpayer ID No: | *******9796 | | | |
| For Period Ending: | 10/23/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | 6 | Indiana Insurance<br>AMC  * 002018<br>Mail Stop 16-01<br>9450 Seward Road<br>Fairfield, Ohio  45014-5456 | Insurance Refund | 1290-000 | 433.00 | | 433.00 |
| 12/12/12 | * NOTE * | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | PROCEEDS FROM AUCTION<br>* NOTE *  Properties 2, 3, 4, 5 | 1129-000 | 30,013.00 | | 30,446.00 |
| 12/20/12 | 001001 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | TR's Auctioneer Commission<br>Per Ct Order dtd 12/20/12 | 3610-000 | | 3,001.30 | 27,444.70 |
| 12/20/12 | 001002 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | TR Auctioneer's Expenses<br>Per Court Order dtd 12/20/12 | 3620-000 | | 3,222.00 | 24,222.70 |
| 12/20/12 | 001003 | Anne and Albert Emerich<br>9 Buckingham Drive<br>Sugar Grove  IL  60554 | Post-Petition Rent<br>Allowed per Ct. Order dtd 12/20/12 | 2410-000 | | 4,000.00 | 20,222.70 |
| 12/20/12 | 001004 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197-5407 | Allowed Administrative Expense<br>Per Ct Order dtd 12-20-12 | 2500-000 | | 189.78 | 20,032.92 |
| 12/20/12 | 001005 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL  60197-6111 | Allowed Administrative Expense<br>Per Ct Order dtd 12-20-12 | 2500-000 | | 145.78 | 19,887.14 |
| 12/20/12 | 001006 | City of Aurora<br>44 East Downer Place<br>Aurora  IL  60507 | Allowed Adminstrative Expense<br>Per Court Order dtd 12/20/12 | 2500-000 | | 14.61 | 19,872.53 |
| 12/20/12 | 001007 | Fox Metro Water Reclamation District | Allowed Administrative Expense | 2500-000 | | 3.00 | 19,869.53 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM2T4

Ver: 17.03

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-35651 -CAD |
| Case Name: | LAMINATE WERKS, INC. |
| Taxpayer ID No: | *******9796 |
| For Period Ending: | 10/23/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8985  Checking Account |
| Blanket Bond (per case limit): | $  100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 682 State Route 31<br>Oswego IL 60543 | Per Ct Order dtd 12-20-12 | | | | |
| 12/20/12 | 001008 | Lewis Electric & Contracting, Inc.<br>510 Hill Avenue<br>Aurora IL 60505 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12<br>Invoice #47 | 2500-000 | | 1,270.00 | 18,599.53 |
| 12/20/12 | 001009 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo MI 49006 | Allowed Administrative Expense<br>Per Ct Order dtd 12-20-12 | 2990-000 | | 421.66 | 18,177.87 |
| 02/15/13 | 001010 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 15.04 | 18,162.83 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee -Mar 13 | 2600-000 | | 17.43 | 18,145.40 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 19.27 | 18,126.13 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 18.64 | 18,107.49 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee occured on June 4, 2013. TCMS will now allow me to post date transaction more than 30 days. ~JMM 7.18.13 | 2600-000 | | 19.23 | 18,088.26 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive | Monthly Bank Service Fee | 2600-000 | | 18.59 | 18,069.67 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-35651 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8985  Checking Account |
| Taxpayer ID No: | *******9796 | | | |
| For Period Ending: | 10/23/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 300 Bethesda, MD 20817 | | | | | |

| Account *******8985 | | Balance Forward | 0.00 | 10 | Checks | 12,283.17 |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 30,446.00 | 5 | Adjustments Out | 93.16 |
| | 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 30,446.00 | | | |
| | | | | | Total | $ 12,376.33 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 30,446.00 | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 27, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-35651  
Debtor Name: LAMINATE WERKS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3610-00 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | Administrative | Laminate Werks auction held 11/27/12 | $3,001.30 | $3,001.30 | $0.00 |
| 001<br>3620-00 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton  IL  61727 | Administrative | | $3,222.00 | $3,222.00 | $0.00 |
| 999<br>2410-00 | Anne and Albert Emerich<br>9 Buckinghham Drive<br>Sugar Grove  IL  60554 | Administrative | Allowed per court order dtd 12/20/12 | $4,000.00 | $4,000.00 | $0.00 |
| 999<br>2690-00 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197 | Administrative | | $189.78 | $189.78 | $0.00 |
| 999<br>2500-00 | ComEd<br>P.O. Box 6111<br>Carol Stream,  IL  60197-6111 | Administrative | | $145.78 | $145.78 | $0.00 |
| 999<br>2500-00 | City of Aurora<br>44 East Downer Place<br>Aurora  IL  60507 | Administrative | | $14.61 | $14.61 | $0.00 |
| 999<br>2500-00 | Fox Metro Water Reclamation District<br>682 State Route 31<br>Oswego  IL  60543 | Administrative | | $3.00 | $3.00 | $0.00 |
| 999<br>2500-00 | Lewis Electric & Contracting, Inc.<br>510 Hill Avenue<br>Aurora  IL  60505 | Administrative | | $1,270.00 | $1,270.00 | $0.00 |
| 999<br>2420-75 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo  MI  49006 | Administrative | | $421.66 | $421.66 | $0.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago  IL  60602 | Administrative | | $3,604.55 | $0.00 | $3,604.55 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL  60602 | Administrative | | $6,420.17 | $0.00 | $6,420.17 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Administrative | | $2,889.45 | $0.00 | $2,889.45 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Administrative | | $15.04 | $15.04 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 27, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-35651  
Debtor Name: LAMINATE WERKS, INC.  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal for Class Administrative | | | $25,197.34 | $12,283.17 | $12,914.17 |
| 000002<br>046<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $5,797.15 | $0.00 | $5,797.15 |
| 000005<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | (5-1) Unfiled periods | $0.00 | $0.00 | $0.00 |
| 000006<br>042<br>5300-00 | David W Mirowski<br>1267 State Highway 13<br>Friendship, WI 53934 | Priority | Claim amended 10/23/13 | $1,728.00 | $0.00 | $1,728.00 |
| 000011<br>042<br>5300-00 | Richard Fahlmark<br>71 Oak Creek Dr.<br>Yorkville, IL 60560 | Priority | Claim amended 10/23/13 | $2,448.00 | $0.00 | $2,448.00 |
| 000012<br>042<br>5300-00 | Chris Seaton<br>1431 Austin Avenue<br>Aurora  IL 60505 | Priority | | $697.50 | $0.00 | $697.50 |
| 000013<br>042<br>5300-00 | Nydia Seaton<br>1431 Austin Ave<br>Aurora, IL 60505 | Priority | Claim was asserted jointly against this estate and related case of EFB Enterprises, case no. 12-35654; claim was paid in full by EFB Estate | $0.00 | $0.00 | $0.00 |
| 000014<br>042<br>5300-00 | Daniel Marcial<br>1361 Manning Ave.<br>Montgomery, IL 60538 | Priority | Claim amended 10/23/13 | $282.00 | $0.00 | $282.00 |
| | Subtotal for Class Priority | | | $10,952.65 | $0.00 | $10,952.65 |
| 000001<br>070<br>7100-00 | Bluelinx Corp.<br>4300 Wildwood Pkwy<br>Atlanta, GA 30339 | Unsecured | | $2,593.44 | $0.00 | $2,593.44 |
| 000003<br>070<br>7100-00 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197 | Unsecured | | $266.52 | $0.00 | $266.52 |
| 000004<br>070<br>7100-00 | Rayner & Rinn-Scott, Inc.<br>PO Box 362<br>Summit, IL 60501 | Unsecured | | $1,020.00 | $0.00 | $1,020.00 |
| 000007<br>070<br>7100-00 | Mariane and Jeremy Gigowski<br>615 N. Park Blvd.<br>Glen Ellyn, IL 60137 | Unsecured | | $325,140.00 | $0.00 | $325,140.00 |
| 000008<br>070<br>7100-00 | Anne and Albert Emerich<br>9 Buckingham Dr<br>Sugar Grove, IL 60554 | Unsecured | | $596,450.00 | $0.00 | $596,450.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 27, 2013 |

Case Number:  12-35651  
Debtor Name:  LAMINATE WERKS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Jaeckle Wholesale, Inc. c/o Kohner, Mann & Kailas, S.C. 4650 North Port Washington Road Milwaukee, Wisconsin 53212-1059 | Unsecured | (9-1) goods sold | $1,055.27 | $0.00 | $1,055.27 |
| 000010 070 7100-00 | Silvia Heimann 45W644 Raymond Rd. Big Rock, IL 60511 | Unsecured | | $23,100.00 | $0.00 | $23,100.00 |
| | Subtotal for Class Unsecured | | | $949,625.23 | $0.00 | $949,625.23 |
| | Case Totals: | | | $985,775.22 | $12,283.17 | $973,492.05 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-35651  
Case Name: LAMINATE WERKS, INC.  
Trustee Name: Elizabeth C. Berg

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ | $ | $ |
| Auctioneer Fees: Martin Auction Services LLC | $ | $ | $ |
| Auctioneer Expenses: Martin Auction Services LLC | $ | $ | $ |
| Other: ComEd | $ | $ | $ |
| Other: City of Aurora | $ | $ | $ |
| Other: Anne and Albert Emerich | $ | $ | $ |
| Other: Fox Metro Water Reclamation District | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Lewis Electric & Contracting, Inc. | $ | $ | $ |
| Other: Nicor Gas | $ | $ | $ |
| Other: Trustee Insurance Agency | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Internal Revenue Service | $ | $ | $ |
| 000005 | Illinois Department of Revenue Bankruptcy Section | $ | $ | $ |
| 000006 | David W Mirowski | $ | $ | $ |
| 000011 | Richard Fahlmark | $ | $ | $ |
| 000012 | Chris Seaton | $ | $ | $ |
| 000013 | Nydia Seaton | $ | $ | $ |
| 000014 | Daniel Marcial | $ | $ | $ |
| AUTO | United States Treasury | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AUTO | United States Treasury | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bluelinx Corp. | $ | $ | $ |
| 000003 | Nicor Gas | $ | $ | $ |
| 000004 | Rayner & Rinn-Scott, Inc. | $ | $ | $ |
| 000007 | Mariane and Jeremy Gigowski | $ | $ | $ |
| 000008 | Anne and Albert Emerich | $ | $ | $ |
| 000009 | Jaeckle Wholesale, Inc. | $ | $ | $ |
| 000010 | Silvia Heimann | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE