UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
LAMINATE WERKS, INC.                  §    Case No. 12-35651
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Mr. Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street
      7th Floor
      Chicago   IL   60603

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
      11:15 a.m.
      on Thursday, December 5, 2013
      in Courtroom 240 of the Kane County Courthouse
      100 South 3rd Street, Geneva, Illinois

 If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LAMINATE WERKS, INC. § Case No. 12-35651
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,446.00 |
| and approved disbursements of | $ | 12,376.33 |
| leaving a balance on hand of[1] | $ | 18,069.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 3,604.55 | $ 0.00 | $ 3,604.55 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 6,319.80 | $ 0.00 | $ 6,319.80 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 100.37 | $ 0.00 | $ 100.37 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 2,880.00 | $ 0.00 | $ 2,880.00 |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ 9.45 | $ 0.00 | $ 9.45 |
| Auctioneer Fees: Martin Auction Services LLC | $ 3,001.30 | $ 3,001.30 | $ 0.00 |
| Auctioneer Expenses: Martin Auction Services LLC | $ 3,222.00 | $ 3,222.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ComEd | $ 145.78 | $ 145.78 | $ 0.00 |
| Other: City of Aurora | $ 14.61 | $ 14.61 | $ 0.00 |
| Other: Anne and Albert Emerich | $ 4,000.00 | $ 4,000.00 | $ 0.00 |
| Other: Fox Metro Water Reclamation District | $ 3.00 | $ 3.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 15.04 | $ 15.04 | $ 0.00 |
| Other: Lewis Electric & Contracting, Inc. | $ 1,270.00 | $ 1,270.00 | $ 0.00 |
| Other: Nicor Gas | $ 189.78 | $ 189.78 | $ 0.00 |
| Other: Trustee Insurance Agency | $ 421.66 | $ 421.66 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    12,914.17

Remaining Balance    $    5,155.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,347.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Internal Revenue Service | $ 5,797.15 | $ 0.00 | $ 0.00 |
| 000005 | Illinois Department of Revenue Bankruptcy Section | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | David W Mirowski | $ 1,728.00 | $ 0.00 | $ 1,728.00 |
| 000011 | Richard Fahlmark | $ 2,448.00 | $ 0.00 | $ 2,448.00 |
| 000012 | Chris Seaton | $ 697.50 | $ 0.00 | $ 697.50 |
| 000013 | Nydia Seaton | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | Daniel Marcial | $ 282.00 | $ 0.00 | $ 282.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| AUTO | United States Treasury | $ 319.65 | $ 0.00 | $ 0.00 |
| AUTO | United States Treasury | $ 74.76 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $ 5,155.50

    Remaining Balance      $ 0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 949,625.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bluelinx Corp. | $ 2,593.44 | $ 0.00 | $ 0.00 |
| 000003 | Nicor Gas | $ 266.52 | $ 0.00 | $ 0.00 |
| 000004 | Rayner & Rinn-Scott, Inc. | $ 1,020.00 | $ 0.00 | $ 0.00 |
| 000007 | Mariane and Jeremy Gigowski | $ 325,140.00 | $ 0.00 | $ 0.00 |
| 000008 | Anne and Albert Emerich | $ 596,450.00 | $ 0.00 | $ 0.00 |
| 000009 | Jaeckle Wholesale, Inc. | $ 1,055.27 | $ 0.00 | $ 0.00 |
| 000010 | Silvia Heimann | $ 23,100.00 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors      $ 0.00

    Remaining Balance      $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/ _____
                Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 12-35651-CAD
Laminate Werks, Inc.                                          Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                 Page 1 of 2          Date Rcvd: Nov 07, 2013
                              Form ID: pdf006              Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2013.
db           #+Laminate Werks, Inc.,    743 McClure Rd.,    Aurora, IL 60502-9525
aty          #+Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,   Chicago, IL 60603-1413
19415634      +Ace Hardware #200-1,    994 N. Lake St.,    Aurora, IL 60506-2566
19415635       Aetna Plywood, Inc.,    Lockbox 774315,    4315 Solutions Center,   Chicago, IL 60677-4003
19415636      +Alarm Detection Systems, Inc.,    1100 Church Rd.,    Aurora, IL 60505-1998
19415637      +Albert and Anne Emerich,    9 Buckingham Dr.,    Sugar Grove, IL 60554-4199
19415639       Amerhart Building Materials,    PO Box 10097,    Green Bay, WI 54307-0097
19796796      +Anne and Albert Emerich,    9 Buckingham Dr,    Sugar Grove, IL 60554-4199
19415640       Assurance Agency, Ltd.,    PO Box 66056,    Chicago, IL 60666-0056
19415642       Cardmember Services (Amazon),    PO Box 15153,    Wilmington, DE 19886-5153
19415643       Cardmember Services (Chase),    PO Box 15153,    Wilmington, DE 19886-5153
19415644      +Carstin Brands, Inc.,    520 E. 2nd St.,    PO Box 285,   Arthur, IL 61911-0285
19415645      +Chris Seaton,    1431 Austin Ave.,    Aurora, IL 60505-1423
19415646       Coffman Truck Sales, Inc.,    1149 W. Lake St.,    PO Box 151,   Aurora, IL 60507-0151
19415649     #+DG Hardware  #4,    4260 Bee Ridge Rd.,    Sarasota, FL 34233-2563
19415647      +Daniel Marcial,    1361 Manning Ave.,    Montgomery, IL 60538-1076
19415648      +David W Mirowski,    1267 State Highway 13,    Friendship, WI 53934-9743
19415650      +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
19415651       Experian,    PO Box 9554,    Allen, TX 75013-9554
19415652       Harris Bank,    2412 W. Indian Trail Rd.,    Aurora, IL 60506
19415653     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court:   Illinois Dept. of Revenue,    100 W. Randoph St.,   Level 7-425,
                Chicago, IL 60601-3274)
19756692       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
19415654      +Imperial Marble Corp.,    327 E. LaSalle st.,    Somonauk, IL 60552-9561
19415656       Jaeckle Distributors,    PO Box 8490,    Madison, WI 53708-8490
19821247      +Jaeckle Wholesale, Inc.,    c/o Kohner, Mann & Kailas, S.C.,    4650 North Port Washington Road,
                Milwaukee, Wisconsin 53212-1077
19415657      +Leslie A. Martin,    6N225 Woodland Dr.,    St. Charles, IL 60175-8352
19415662      +MTS,    9213 S. Sawyer Ave.,    Evergreen Park, IL 60805-1643
19415658      +Mariane and Jeremy Gigowski,    615 N. Park Blvd.,    Glen Ellyn, IL 60137-4116
19415659      +Mark Heimann,    740 Elmwood Dr.,    Aurora, IL 60506-2705
19415660      +Midwest Saw, Inc.,    850 Meadowview Crossing,    Unit #4,   West Chicago, IL 60185-2577
19415661       Monarch Life Insurance Co.,    330 Whittney Ave.   Ste. 500,    Holyoke, MA 01040-2857
19932849      +Nydia Seaton,    1431 Austin Ave,    Aurora, IL 60505-1423
19415664      +One Source Supply Co.,    2605 White Oak Cir.,    Unit C,   Aurora, IL 60502-4811
19415666      +Producers Chemical Co.,    1960 Bucktail Ln.,    Sugar Grove, IL 60554-9609
19415667      +Rayner & Rinn-Scott, Inc.,    PO Box 362,    Summit, IL 60501-0362
19415668      +Richard Fahlmark,    71 Oak Creek Dr.,    Yorkville, IL 60560-9779
19415669      +Richelieu Chicago,    Richelieu America, Ltd.,    6350 Church Rd.,   Hanover Park, IL 60133-4804
19415671      +Sierra Forest Products, Ltd.,    1801 Hawthorne Ave.,    Suite 400,   West Chicago, IL 60185-1812
19415672      +Silvia Heimann,    45W644 Raymond Rd.,    Big Rock, IL 60511-9221
19415673      +Southern Indiana Woodworking, LLC,    c/o Gregory J. Abbott,    5205 S. Washington St.,
                Downers Grove, IL 60515-4705
19415674     #+Trans Union,    PO Box 6790,    Fullerton, CA 92834-9416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19415638      +E-mail/Text: lglenn@alltile.com Nov 08 2013 01:01:34      All Tile, Inc.,    1111 Chase Ave.,
                Elk Grove Village, IL 60007-4809
19415641      +E-mail/Text: ylhudson@bluelinxco.com Nov 08 2013 01:01:34      Bluelinx Corp.,
                4300 Wildwood Pkwy,    Atlanta, GA 30339-8440
19415655       E-mail/Text: cio.bncmail@irs.gov Nov 08 2013 01:01:33      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
19415663       E-mail/Text: bankrup@aglresources.com Nov 08 2013 01:01:06      Nicor,   PO Box 416,
                Aurora, IL 60568-0001
19685602      +E-mail/Text: bankrup@aglresources.com Nov 08 2013 01:01:06      Nicor Gas,   Po box 549,
                Aurora Il 60507-0549
19415665      +E-mail/Text: bankruptcy@pb.com Nov 08 2013 01:03:04      Pitney Bowes, Inc.,    1 Elmcroft Rd.,
                Stamford, CT 06926-0700
19415675       E-mail/Text: rkeck@wurthbaersupply.com Nov 08 2013 01:02:12      Wurth Baer Supply Co.,
                909 Forest Edge Dr.,    Vernon Hills, IL 60061-3149
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19415670     ##+Rugby IPD Corp.,    747 Chase Ave.,    Elk Grove Village, IL 60007-4803
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: froman              Page 2 of 2              Date Rcvd: Nov 07, 2013
                             Form ID: pdf006           Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2013 at the address(es) listed below:
```
          David   Linde    on behalf of Debtor    Laminate Werks, Inc. delinde.foxvalley@gmail.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```