UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
LAMINATE WERKS, INC.                            §        Case No. 12-35651
                                                §
         Debtor(s)                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

　　　　3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Elizabeth C. Berg, Trustee_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| EMERICH | | | | | |
| TRUSTEE INSURANCE AGCY | | | | | |
| CITY OF AURORA | | | | | |
| COMED | | | | | |
| FOX METRO | | | | | |
| LEWIS ELECTRIC | | | | | |
| NICOR | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| MARTIN AUCTION | | | | | |
| MARTIN AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | FAHLMARK | | | | | |
|  | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 000014 | MARCIAL, D | | | | | |
| 000006 | MIROWSKI | | | | | |
| 000013 | NYDIA SEATON | | | | | |
| 000012 | SEATON, CHRIS | | | | | |
| | UNITED STATES TREASURY | | | | | |
| 000005 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000015 | ILLINOS DEPT. OF EMPLOYMENT SECURIT | | | | | |
| 000002 | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ace Hardware #200-1 994 N. Lake St. Aurora, IL 60506 | | | | | |
| | Aetna Plywood, Inc. Lockbox 774315 4315 Solutions Center Chicago, IL 60677-4003 | | | | | |
| | Alarm Detection Systems, Inc. 1100 Church Rd. Aurora, IL 60505 | | | | | |
| | All Tile, Inc. 1111 Chase Ave. Elk Grove Village, IL 60007 | | | | | |
| | Amerhart Building Materials PO Box 10097 Green Bay, WI 54307-0097 | | | | | |
| | Assurance Agency, Ltd. PO Box 66056 Chicago, IL 60666-0056 | | | | | |
| | Cardmember Services (Amazon) PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Cardmember Services (Chase) PO Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Services (Chase) PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Carstin Brands, Inc. 520 E. 2nd St. PO Box 285 Arthur, IL 61911 | | | | | |
| | Chris Seaton 1431 Austin Ave. Aurora, IL 60505 | | | | | |
| | Coffman Truck Sales, Inc. 1149 W. Lake St. PO Box 151 Aurora, IL 60507-0151 | | | | | |
| | DG Hardware #4 4260 Bee Ridge Rd. Sarasota, FL 34233 | | | | | |
| | Daniel Marcial 1361 Manning Ave. Montgomery, IL 60538 | | | | | |
| | David Mirowski 161 Lilac Ln. Unit 16 North Aurora, IL 60542 | | | | | |
| | Harris Bank 2412 W. Indian Trail Rd. Aurora, IL 60506 | | | | | |
| | Illinois Dept. of Revenue 100 W. Randoph St. Level 7-425 Chicago, IL 60601-3274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Imperial Marble Corp. 327 E. LaSalle st. Somonauk, IL 60552 | | | | | |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Leslie A. Martin 6N225 Woodland Dr. St. Charles, IL 60175 | | | | | |
| | MTS 9213 S. Sawyer Ave. Evergreen Park, IL 60805 | | | | | |
| | Mark Heimann 740 Elmwood Dr. Aurora, IL 60506 | | | | | |
| | Midwest Saw, Inc. 850 Meadowview Crossing Unit #4 West Chicago, IL 60185 | | | | | |
| | Monarch Life Insurance Co. 330 Whittney Ave.   Ste. 500 Holyoke, MA 01040-2857 | | | | | |
| | Nicor PO Box 416 Aurora, IL 60568-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | One Source Supply Co. 2605 White Oak Cir. Unit C Aurora, IL 60504 | | | | | |
| | Pitney Bowes, Inc. 1 Elmcroft Rd. Stamford, CT 06926 | | | | | |
| | Producers Chemical Co. 1960 Bucktail Ln. Sugar Grove, IL 60554 | | | | | |
| | Richard Fahlmark 71 Oak Creek Dr. Yorkville, IL 60560 | | | | | |
| | Richelieu Chicago Richelieu America, Ltd. 6350 Church Rd. Hanover Park, IL 60133 | | | | | |
| | Rugby IPD Corp. 747 Chase Ave. Elk Grove Village, IL 60007 | | | | | |
| | Sierra Forest Products, Ltd. 1801 Hawthorne Ave. Suite 400 West Chicago, IL 60185 | | | | | |
| | Southern Indiana Woodworking, LLC c/o Gregory J. Abbott 5205 S. Washington St. Downers Grove, IL 60515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wurth Baer Supply Co. 909 Forest Edge Dr. Vernon Hills, IL 60061-3149 | | | | | |
| 000008 | ANNE AND ALBERT EMERICH | | | | | |
| 000001 | BLUELINX CORP. | | | | | |
| 000015A | ILLINOS DEPT. OF EMPLOYMENT SECURIT | | | | | |
| 000009 | JAECKLE WHOLESALE, INC. | | | | | |
| 000007 | MARIANE AND JEREMY GIGOWSKI | | | | | |
| 000003 | NICOR | | | | | |
| 000004 | RAYNER & RINN-SCOTT, INC. | | | | | |
| 000010 | SILVIA HEIMANN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-35651 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | | | Date Filed (f) or Converted (c): | 09/08/12 (f) |
| | | | | 341(a) Meeting Date: | 11/19/12 |
| For Period Ending: | 02/27/15 | | | Claims Bar Date: | 01/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | 18,000.00 | 0.00 | | 0.00 | FA |
| Madison Contruction (past due 60+ days) | | | | | |
| 2. Vehicles | 3,000.00 | 975.00 | | 975.00 | FA |
| Chevy Savannah Commercial Van - 1999 | | | | | |
| 3. Office Equipment | 50.00 | 200.00 | | 200.00 | FA |
| Industrial Fans (2) | | | | | |
| 4. Machinery and Supplies | 46,215.00 | 28,338.00 | | 28,338.00 | FA |
| (Combined) Dewalt 20 Cross Cut Saw | | | | | |
| 5. Inventory | 3,500.00 | 500.00 | | 500.00 | FA |
| Undermount Solid Surface Sinks (35) | | | | | |
| 6. Insurance Refund (u) | 0.00 | 433.00 | | 433.00 | FA |
| 7. Tax Refund - Prepetition 941 deposit (u) | 0.00 | 326.18 | | 326.18 | FA |
| 8. Tax Refund (u) | 0.00 | 3.05 | | 3.05 | FA |
| 2012 Federal Tax Refund | | | | | |
| INT. Post Petition Interest (u) | 0.00 | N/A | | 13.49 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $70,765.00 | $30,775.23 | | $30,788.72 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 30, 2014: Trustee sold personal property at an auction on November 27, 2012. Trustee recovered auction proceeds of $30,013.00 on the sale of machinery, equipment, inventory and one commercial vehicle. Trustee abandonned unsold property per court order on December 20, 2012. Trustee determined that debtor's accounts receivable were of no value to

LFORM1

Ver: 18.04

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-35651 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | LAMINATE WERKS, INC. | Date Filed (f) or Converted (c): | 09/08/12 (f) |
| | | 341(a) Meeting Date: | 11/19/12 |
| | | Claims Bar Date: | 01/29/13 |

estate. Trustee consulted with her accountants in the preparation of tax returns for the estate. Before Trustee could complete her Final Report, she had to litigate numerous employment claims filed with the EEOC. Trustee is reviewing claims and preparing her final report. Trustee anticipates filing her Final Report in late 2013.

Initial Projected Date of Final Report (TFR): 12/30/13      Current Projected Date of Final Report (TFR): 12/30/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35651 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6377 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9796 | | | |
| For Period Ending: | 02/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/14 | 8 | United States Treasury<br>Kansas City, MO | 2012 Tax Refund | 1224-000 | 3.05 | | 3.05 |
| 12/24/14 | | Elizabeth C. Berg, Trustee<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TRANSFER OF FUNDS - TR NEW BANK ACT | 9999-000 | 338.55 | | 341.60 |
| 01/28/15 | 005001 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | Employer Matching Social Security | 5800-000 | | 276.85 | 64.75 |
| 01/28/15 | 005002 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | Employer Matching Medicare | 5800-000 | | 64.75 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 341.60 | 341.60 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 338.55 | 0.00 | |
| | | Subtotal | | 3.05 | 341.60 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 3.05 | 341.60 | |

Page Subtotals 341.60 341.60

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35651 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | LAMINATE WERKS, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8985 Checking Account |
| Taxpayer ID No: | *******9796 | | | |
| For Period Ending: | 02/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | 6 | Indiana Insurance<br>AMC * 002018<br>Mail Stop 16-01<br>9450 Seward Road<br>Fairfield, Ohio 45014-5456 | Insurance Refund | 1290-000 | 433.00 | | 433.00 |
| 12/12/12 | * NOTE * | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton IL 61727 | PROCEEDS FROM AUCTION<br>* NOTE * Properties 2, 3, 4, 5 | 1129-000 | 30,013.00 | | 30,446.00 |
| 12/20/12 | 001001 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton IL 61727 | TR's Auctioneer Commission<br>Per Ct Order dtd 12/20/12 | 3610-000 | | 3,001.30 | 27,444.70 |
| 12/20/12 | 001002 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton IL 61727 | TR Auctioneer's Expenses<br>Per Court Order dtd 12/20/12 | 3620-000 | | 3,222.00 | 24,222.70 |
| 12/20/12 | 001003 | Anne and Albert Emerich<br>9 Buckinghham Drive<br>Sugar Grove IL 60554 | Post-Petition Rent<br>Allowed per Ct. Order dtd 12/20/12 | 2410-000 | | 4,000.00 | 20,222.70 |
| 12/20/12 | 001004 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream IL 60197-5407 | Allowed Administrative Expense<br>Per Ct Order dtd 12-20-12 | 2500-000 | | 189.78 | 20,032.92 |
| 12/20/12 | 001005 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | Allowed Administrative Expense<br>Per Ct Order dtd 12-20-12 | 2500-000 | | 145.78 | 19,887.14 |
| 12/20/12 | 001006 | City of Aurora<br>44 East Downer Place<br>Aurora IL 60507 | Allowed Adminstrative Expense<br>Per Court Order dtd 12/20/12 | 2500-000 | | 14.61 | 19,872.53 |
| | | | Page Subtotals | | 30,446.00 | 10,573.47 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2     Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-35651 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8985  Checking Account |
| Taxpayer ID No: | *******9796 | | |
| For Period Ending: | 02/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/20/12 | 001007 | Fox Metro Water Reclamation District<br>682 State Route 31<br>Oswego IL 60543 | Allowed Administrative Expense<br>Per Ct Order dtd 12-20-12 | 2500-000 | | 3.00 | 19,869.53 |
| 12/20/12 | 001008 | Lewis Electric & Contracting, Inc.<br>510 Hill Avenue<br>Aurora IL 60505 | Allowed Administrative Expense<br>Per Ct Order dtd 12/20/12<br>Invoice #47 | 2500-000 | | 1,270.00 | 18,599.53 |
| 12/20/12 | 001009 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo MI 49006 | Allowed Administrative Expense<br>Per Ct Order dtd 12-20-12 | 2420-750 | | 421.66 | 18,177.87 |
| 02/15/13 | 001010 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 15.04 | 18,162.83 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee -Mar 13 | 2600-000 | | 17.43 | 18,145.40 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 19.27 | 18,126.13 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 18.64 | 18,107.49 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee occured on June 4, 2013. TCMS will now allow me to post date transaction more than 30 days. ~JMM 7.18.13 | 2600-000 | | 19.23 | 18,088.26 |

Page Subtotals     0.00     1,784.27

Ver: 18.04

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-35651 -DRC |
| Case Name: | LAMINATE WERKS, INC. |
| Taxpayer ID No: | *******9796 |
| For Period Ending: | 02/27/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8985  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 18.59 | 18,069.67 |
| 12/10/13 | | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati  OH  45999-0148 | Medicare<br>Employee w/h on wage claims<br>Actual Debit/Withdrawl occurred 12/30/14  ecb June 05, 2014, 01:37 pm | 5300-000 | | 74.76 | 17,994.91 |
| 12/10/13 | | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati  OH  45999-0148 | Social Security Tax<br>Employee w/h on Wage Claims<br>Actual Debit/Withdrawl occurred 12/30/14  ecb June 05, 2014, 01:37 pm | 5300-000 | | 319.65 | 17,675.26 |
| 12/10/13 | | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati  OH  45999-0148 | Federal Income Tax<br>Employee w/h on wage claims<br>Actual Debit/Withdrawl occurred 12/30/14  ecb June 05, 2014, 01:37 pm | 5300-000 | | 1,443.54 | 16,231.72 |
| 12/10/13 | 001011 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 3,604.55 | 12,627.17 |
| 12/10/13 | 001012 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Trustee's Attorneys' Fees | | | 6,420.17 | 6,207.00 |
| | | | Fees         6,319.80 | 3110-000 | | | |
| | | | Expenses         100.37 | 3120-000 | | | |
| * 12/10/13 | 001013 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Accountant for TR Fees (Other Firm) | | | 2,889.45 | 3,317.55 |
| | | | Fees         2,880.00 | 3410-003 | | | |

Page Subtotals                0.00            14,770.71

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)**  *(Page: 17)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35651 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8985 Checking Account |
| Taxpayer ID No: | *******9796 | | | |
| For Period Ending: | 02/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses                   9.45 | 3420-003 | | | |
| 12/10/13 | 001014 | David W Mirowski<br>1267 State Highway 13<br>Friendship, WI 53934 | Claim 000006, Payment 100.00% | 5300-000 | | 1,111.96 | 2,205.59 |
| 12/10/13 | 001015 | Richard Fahlmark<br>71 Oak Creek Dr.<br>Yorkville, IL 60560 | Claim 000011, Payment 100.00% | 5300-000 | | 1,575.28 | 630.31 |
| 12/10/13 | 001016 | Chris Seaton<br>1431 Austin Avenue<br>Aurora IL 60505 | Claim 000012, Payment 100.00% | 5300-000 | | 448.84 | 181.47 |
| 12/10/13 | 001017 | Daniel Marcial<br>1361 Manning Ave.<br>Montgomery, IL 60538 | Claim 000014, Payment 100.00% | 5300-000 | | 181.47 | 0.00 |
| 12/30/13 | | INTERNAL REVENUE SERVICE | Duplicate Employee w/h on wage<br>claim - Withdrawn in Error on 12/30/13<br>by IRS | 5300-000 | | 1,837.95 | -1,837.95 |
| 04/07/14 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Debit Memo | 2600-000 | | 1.12 | -1,839.07 |
| 05/23/14 | | UNITED STATES TREASURY<br>KANSAS CITY, MO | REFUND OF TAX ON WAGE CLAIMS | | | -1,851.44 | 12.37 |
| | | UNITED STATES TREASURY | Memo Amount:        1,837.95<br>REFUND OF TAX ON WAGE CLAIMS | 5300-000 | | | |
| | 9999 | INTERNAL REVENUE SERVICE | Memo Amount:           13.49<br>INTEREST | 1270-000 | | | |
| 06/05/14 | 7 | United States Treasury | Refund - Prepetition tax deposit | 1224-000 | 326.18 | | 338.55 |
| * 06/05/14 | 001013 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500 | Accountant for TR Fees (Other Firm)<br>Original check held by Trustee pending receipt of<br>refund by IRS of overpayment of payroll taxes on | | | -2,889.45 | 3,228.00 |

Page Subtotals        326.18        415.73

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)

Page: 6

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-35651 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8985 Checking Account |
| Taxpayer ID No: | *******9796 | | |
| For Period Ending: | 02/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago IL 60601 | wage claim distribution. Due to error in application of EFTPS, IRS double w/drew taxes. Releasing original check would have caused overdraft. Acct agreed to await refund. | | | | |
| | | | Fees ( 2,880.00 ) | 3410-003 | | | |
| | | | Expenses ( 9.45 ) | 3420-003 | | | |
| 06/05/14 | 001018 | Popowcer Katten Ltd. | Accountant for TR Fees (Other Firm) | | | 2,889.45 | 338.55 |
| | | 35 East Wacker Drive | Replaces original check 1013 which was held due to | | | | |
| | | Sutie 1500 | error on EFTPS double payment of wage claim | | | | |
| | | Chicago IL 60601 | payroll taxes | | | | |
| | | | Fees 2,880.00 | 3410-000 | | | |
| | | | Expenses 9.45 | 3420-000 | | | |
| 12/24/14 | 001019 | Elizabeth C. Berg, Trustee | Transfer of Funds TR New Bank Acct | 9999-000 | | 338.55 | 0.00 |
| | | Estate of Laminate Werks, Inc. | Transfer of Funds from Congressional Bank to | | | | |
| | | 20 N. Clark Street, Ste. 200 | Associated Bank | | | | |
| | | Chicago, IL 60602 | | | | | |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 13.49 | COLUMN TOTALS | 30,772.18 30,772.18 0.00 |
| Memo Allocation Disbursements: | -1,837.95 * | Less: Bank Transfers/CD's | 0.00 338.55 |
| | | Subtotal | 30,772.18 30,433.63 |
| Memo Allocation Net: | 1,851.44 | Less: Payments to Debtors | 0.00 |
| | | Net | 30,772.18 30,433.63 |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 13.49 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | -1,837.95 * | Checking Account (Non-Interest Earn - *******6377) | 3.05 | 341.60 | 0.00 |
| | | Checking Account - *******8985 | 30,772.18 | 30,433.63 | 0.00 |
| Total Memo Allocation Net: | 1,851.44 | | 30,775.23 | 30,775.23 | 0.00 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals  0.00  3,228.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit 9

| Case No: | 12-35651 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | LAMINATE WERKS, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8985  Checking Account |
| Taxpayer ID No: | *******9796 | | | |
| For Period Ending: | 02/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - ********6377 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********8985 | | | | |

Page Subtotals    0.00    0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*